IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TAVARES MONTGOMERY, SR.**                                                           **PLAINTIFF**
**100326**

v.                                    Case No. 4:25-cv-01042-KGB

**JACKSON,**
**Captain, Dub Brassell,** *et al.*                                                      **DEFENDANTS**

## ORDER

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge Edie R. Ervin (Dkt. No. 5). No party has filed objections, and the time to file objections has passed. Accordingly, after careful consideration, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects (*Id.*). The Court dismisses without prejudice plaintiff Tavares Montgomery, Sr.'s claims in his complaint for failure to state a plausible constitutional claim for relief (Dkt. No. 2). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith. The Court recommends that, in the future, the dismissal of this action count as a "strike" for purposes of 28 U.S.C. § 1915(g).

It is so ordered this the 5th day of December, 2025.

_____
Kristine G. Baker
Chief United States District Judge